THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Jeffery Allen Vaughn,       
Appellant.
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2004-UP-574
Submitted November 1, 2004  Filed November 
 16, 2004   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Mr. Vaughn appeals after pleading guilty 
 to criminal sexual conduct with a minor in the second degree and obtaining goods 
 under false pretenses.  The court sentenced Vaughn to concurrent sentences of 
 ten years on the criminal sexual conduct charge and five years for the false 
 pretenses charge.  On appeal, Vaughn argues his guilty pleas failed to comply 
 with the requirements set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Vaughns counsel 
 attached a petition to be relieved stating that he has reviewed the record and 
 found the appeal to be without merit.  Vaughn has also filed a pro se 
 response in which he argues the pleas were not voluntarily made because he was 
 not informed of their sentencing consequences.   
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.  

APPEAL DISMISSED. 
 [1] 
 HEARN C.J., GOOLSBY, and WILLIAMS, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.